IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–114–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JENEE MARIE KLEIN, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings & Recommendations Regarding Revocation of Supervised Release. (Doc. 139.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan found, based on Defendant Jenee Marie Klein's admissions at the hearing, that she violated the following conditions of supervised release: (1) the

condition that she not unlawfully possess a controlled substance, as alleged in Violation Nos. 1 and 8; (2) the condition that she participate in substance abuse testing, as alleged in Violation No. 2; (3) the condition that she abstain from the consumption of alcohol, as alleged in Violation No. 3; (4) the condition that she participate in and successfully complete an outpatient program of substance abuse treatment, as alleged in Violations Nos. 4 and 7; and (5) the condition that she must not communicate or interact with someone known to be a convicted felon, as alleged in Violation No. 6. (Docs. 131, 139.)

Judge Cavan recommends that this Court revoke Klein's supervised release and sentence her to a custodial sentence of 7 months on Counts 6 and 12, to run concurrent, followed by 25 months of supervised release on Count 6, with no term of supervision imposed on Count 12. (Doc. 139 at 7.) The Court finds no clear error in Judge Cavan's Findings and Recommendations and adopts them in full.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations (Doc. 139) is ADOPTED in full.

Defendant Klein shall be sentenced in conformity with Judge Cavan's recommendation in the judgment filed concurrently with this Order.

DATED this 12th day of February, 2026.

Dana L. Christensen, District Judge
United States District Court